# Exhibit A:  Non-Responsive Plaintiffs

| Case Name (Case No.) | Plaintiff's Counsel | PFS / Mandatory Disclosures Due Date | Date of Pfizer's Deficiency Letter for No PFS / Mandatory Disclosures |
|---|---|---|---|
| *Marilyn and Willie Anderson v. Pfizer Inc. (Williams, et al.* 2:15-1283*)* | Lopez McHugh | 04/16/15 | 07/14/15 – Exhibit B |
| *Inez Kelley v. Pfizer Inc. (Williams, et al.* 2:15-1283*)* | Lopez McHugh | 04/16/15 | 07/14/15 – Exhibit B |
| *Donna & Paul Zefcin v. Pfizer Inc. (Williams, et al.* 2:15-1283*)* | Lopez McHugh | 04/16/15 | 07/14/15 – Exhibit B |
| *Margaret & John Dabrowski v. Pfizer Inc. (*2:15-1134*)* | Richardson Patrick Westbrook and Brickman | 04/23/15 | 07/14/15 – Exhibit C |
| *Ann & Louis Jennings v. Pfizer Inc. (*2:15-973*)* | Nemeroff Law Firm | 04/27/15 | 07/14/15 – Exhibit D |
| *Eva & John Haltiner v. Pfizer Inc. (*2:15-1407*)* | Richardson Patrick Westbrook and Brickman | 04/29/15 | 07/14/15 – Exhibit E |
| *Nancy Mason v. Pfizer Inc. (*2:15-0799*)* | Richardson Patrick Westbrook and Brickman | 04/29/15 | 07/14/15 – Exhibit E |
| *Donna Cavnar v. Pfizer Inc. (*2:15-1573*)* | Simmons Hanley Conroy | 05/11/15 | 07/14/15 – Exhibit F |
| *Diane & Robert Jogerst v. Pfizer Inc. (*2:15-1572*)* | Simmons Hanley Conroy | 05/11/15 | 07/14/15 – Exhibit F |
| *Peggy Canalori v. Pfizer Inc. (*2:15-1499*)* | Richardson Patrick Westbrook and Brickman | 05/20/15 | 07/14/15 – Exhibit G |

| *Deborah Arnold v. Pfizer Inc. (*2:15-1793*)* | Matthews & Associates | 05/27/15 | 07/14/15 – Exhibit H |
|---|---|---|---|
| *Ambarchian, Karmen v. Pfizer Inc. (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Antonyan, Veganush (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lane, Wanda (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Latorre, Myra J. (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Leary, Mildred (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lee, Jewell D.L. (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lindsley, Chondella (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Littleton, Velma (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lively, Beverly (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Major, Mary (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Marron, Monica (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Martin, Mary (Ambarchian, et al.* 2:15-cv-1911*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Maxwell, Maude (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mayo, Leno (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mayo, Nedra (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *McKee, Margo (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *McKenzie, Jean (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Miller, Beverly (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mils, Darlene (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mitchell, Lillie Elizabeth (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Moore, Mary (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Morgan, Ruby (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mueller, Elizabeth (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Muradyan, Marieta (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Murry, Luevina (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Oliver, Margie (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *O'Mahoney, Tricia (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Orlovski, Alta May (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ovrebo, Louis (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Parks, Ruby (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Parsamyan, Elizabeth (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Peddicord, Meighan (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Perkins, Sheryl (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Poghosyan, Areknazan (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Pogosyan, Asyor (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ramsey, Darlene St. Juliene (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Rathe, Cynthia (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ritzel, Carolyn (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Rivers, Evangeline (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Robertson, Grace (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ruppel, Salvacion (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Russell, Annie (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sancic, Linda (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sanders, Gwendolyn (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sanders, Helen (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sass, Katherine (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Scott, Beatrice (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Simms, Roberta (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Smalls, Barbara (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Smith, Donna (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Smith, Dorothy (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Smith, Sophia (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Stocks, Viola (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Suggs, Pearl (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Taltoan, Cecilia (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Tamba, Angela (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Tan, Nina (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Taylor, Sandra (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Tennessee, Delores (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Terjanyan, Alvard (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Terlizzi, Ellen (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Thomas, Joyce (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Thompson, Caroline (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Tinker, Francis (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Trdadyan, Arasksi (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Vanburen, Katherine (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wagner, Brenda (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Walker, Lawanda (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Walker, Ruby (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Walker, Sandra (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Walker, Vandora (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ware, Sheila (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Watkins, Christine (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Watkins, Donita (Ambarchian, et al. 2:15-cv-1911)* \*\*This is the name shown in the case caption, however in the body of the complaint it says Donita Wesley and it is shown as Wesley on PACER docket. | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wiley, Joy (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Williams, Beverly (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Williams, Darlene (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Sandra K. (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams-Hall, Joyce (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wilmerton, Betty (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Worthy, Martha (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wynn, Barbara (Ambarchian, et al. 2:15-cv-1911)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Agnew, Susan (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Alexander, Mary (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ali, Violet (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ayrapetyan, Mariam (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ayrapetyan, Seda (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bardwell, Edna Sue (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Baskin, Deborah (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Bassett, Linda (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Benton, Mable (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bowman, Cordelia (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bowman, Melva (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bowman, Patsy (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bracey, Barbara (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brantley-Garrett, Lillie (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Britten, Margie (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brooks, Delores (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brooms, Sherrie (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brown, Bertha (MO) (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brown, Bertha (VA) (Ayrapetyan, et al. 2:15-1913)* **This plaintiff is listed twice both in | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| the caption and body of the complaint but has a different state listed so we assume it is 2 separate people. PACER docket has her listed twice. | | | |
| *Brown, Sandra (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Buscy, Roylene (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Butler, Brenda (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Byron, Elizabeth (Ayrapetyan, et al. 2:15-1913)* **This name is in the body of complaint, but not the caption. It is listed on the PACER docket. | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Cater, Elizabeth (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Change, Ruth (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Christian, Brenda (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Cloud, Debra (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Coleman, Beverly (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Coleman, Cynthia (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Coleman, Geneva (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Coleman, Hiwatha (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Cordell, Julie (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Cross, Joyce (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Cubie, Geraldine (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Curtis, Ocie (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *De La Rosa, Leonora (Ayrapetyan, et al. 2:15-1913)* **This plaintiff is also named in the Galstian case (1912) and both say they are from the same state so this may be a duplicate plaintiff. | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Dewitt, Pamela (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Doane, Gladys Jeanette (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Dupree, Gardenia (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ellis, Marion (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Faulkner, Althea (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| --- | --- | --- | --- |
| *Green, C.A. (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hardy-Cole, Debra (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hudson, Raynell (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jackson, Lueirether (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jackson, Phyllis (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jackson, Tracee (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jennings, Carol (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jernigan, Willa (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jones, Minnie Lee (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lyons, Yvette (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *May, Helen (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *McDowall, Claudette (Ayrapetyan, et al. 2:15-1913)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Radl, Margaret (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Robertson, Edna (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Rodgers, Deborah (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Rosales, Beatriz (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sharkey, Vera Sue (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Simmons, Deloris (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Stokes, Linda (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Tehrani, Fatemeh (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Thompson, Sarah (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Amber (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Marlene (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Winn, Sharon (Ayrapetyan, et al.* 2:15-1913*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Arutyunyan, Araks (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Bender, Dorothy (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Birtch, Holly (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Bondurant, Gloria (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Boone, Coralyn (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Brown, Margo (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Carter, Dale (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Chavis, Joyce (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *De La Rosa, Leonora (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Douthett, Patricia (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Drake, Sandra (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Evans, Marjorie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Faulkner, Delores (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Fiedler, Susan (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Forbes, Deborah (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Forest, Patricia (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Galstian, Larisa (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Garcia, Martha (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Gharakeshishyan, Gayane (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Gilbert, Pauline (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ginyard, Valerie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Goodson, Stephanie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Goodson, Stephanie (Galstian, et al.* 2:15-1912*)* \*\*This plaintiff is listed twice in the caption and body of the complaint and also on the PACER docket. The complaint shows that both are from the same state so she may be a duplicate. | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Gordon, Dawn (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Graves, Beverly (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Green, Gladette (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Green, Sallie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Gustafson, Susie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hanks, Glenda (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Harrington, Eddre (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hayes, Wanda (Galstian, et al.* 2:15-1912*)* **This plaintiff is in the caption twice but only once in the body of the complaint and only once on PACER. | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Heath-Thomas, Jennie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hixon, Frances (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Honeycutt, Linda (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Hughes, Rosie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ingram, Brenda (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Ivery, Melva D. (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jackson, Laura (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jackson, Louversia (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jacobs, Chermorrow (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jemison, Vanessa (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jenkins, Darlene (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jenkins, Gwen (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Johnese, Mary (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Johnson, Mae D. (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Johnson, Mary (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jones, Ethel (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jones, Margaret (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Jones, Regina (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Khachatryan, Srbui (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Knoll, Connie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Leadbetter, Robin (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Lopez, Libertad (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mack, Doris (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *McKinney, Charlotte (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Melendez, Suenil (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Mercer, Lucile (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Obiako, Florence (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Padilla, Victoria (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Paulk, Viola (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Phillips, Joeann (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Pittaway, Barbara (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| *Porter, Susie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
|---|---|---|---|
| *Pugh, Marjorie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Reeves, Carrie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Robbins, Kelly Denease (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Rolland, Flora (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ruiz, Maria (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Russell, Anna (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sanchez, Annie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Scott, Kathy (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Sherman, Lorna (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Smith, Lydia (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Smith, Patricia (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Starrett, Kathleen (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |

| | | | |
|---|---|---|---|
| *Thomas, Mary (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Toney, Carrie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Ward, Carrie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wheeler, Melody (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Clara (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Dorothy (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Williams, Jimmie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wilson, Ardina (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wilson, Gracie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |
| *Wright, Margie (Galstian, et al.* 2:15-1912*)* | Khorrami, LLP | 06/01/15 | 07/14/15 – Exhibit I |